UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 25-20794-CIV-MARTINEZ

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

AOA OFFICE, LLC and
ALTECH AMERICA, LLC,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE ON JOINT STIPULATION

    **THIS MATTER** came before this Court on the Parties' Joint Stipulation of Dismissal with Prejudice (the "Joint Stipulation"), (ECF No. 14). This Court has reviewed the Joint Stipulation and pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is: **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. All pending motions in this case are **DENIED** as **MOOT**, and this case is **CLOSED**.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 13 day of May, 2025.

                                        _____
                                        JOSE E. MARTINEZ
                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record